# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:04CR200 |
| vs. | ) | |
| | ) | ORDER |
| JULIUS DEON DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Julius Deon Davis appeared before the court on Monday, December 12, 2011 on a Petition for Warrant or Summons for Offender Under Supervision [74]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney and the United States was represented by Assistant U.S. Attorney Nancy A. Svoboda. The government did not request detention therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **March 26, 2012 at 9:30 a.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 12th day of December, 2011.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge